FRANKLIN A. REGAN, Respondent, *v.* HERBERT L. DILLON, Appellant, Impleaded with Another.

*Trial — verdict contrary to evidence — case submitted on wrong theory — judgment reversed and new trial granted.*

Appeal from part of a judgment of the Supreme Court, entered in the New York county clerk's office November 2, 1921, upon a verdict, and also from an order entered November 1, 1921, denying a motion for a new trial.

PER CURIAM: The verdict was contrary to the weight of the evidence, and the case was submitted to the jury on an erroneous theory of law. The judgment so far as appealed from and the order denying new trial should be reversed and a new trial ordered, with costs to appellant to abide the event. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Judgment and order so far as appealed from reversed and new trial ordered, with costs to appellant to abide the event.

---

JOSEPH AVOLA, Respondent, *v.* PETIT BUILDING COMPANY, INC., Appellant.

*Vendor and purchaser — action for specific performance of contract — parties — motion to bring in new party defendant granted.*

Appeal from an order of the Supreme Court, entered in the Bronx county clerk's office March 30, 1922, granting the plaintiff's motion to bring in a new party defendant.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Greenbaum, J., dissenting.

GREENBAUM, J. (dissenting): The action is for the specific performance of a contract to convey real estate. It does not appear that the person sought to be brought in as a defendant was a party to the contract or that she had title to the property involved. I am, therefore, of the opinion that the order should be reversed and the motion denied.

---

N. ERLANGER, BLUMGART & Co., INC., Respondent, v. LEO RITTER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Smith, JJ.

HUGO JOSEPHY and Another, Respondents, v. PANHANDLE AND SANTA FE RAILWAY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.